IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT JAY DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION NO. 5:12-CV-328 (MTT) ) |
| SHERIFF TERRY DEESE, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 40). The Magistrate Judge, having reviewed Defendant Jimmy Jones's motion to dismiss (Doc. 19) and Defendant Terry Deese's motion for summary judgment (Doc. 26), recommends dismissing the Plaintiff's Complaint because he failed to exhaust his available administrative remedies pursuant to 42 U.S.C. § 1997e(a).[1] Additionally, the Magistrate Judge recommends denying the Plaintiff's motion for a preliminary injunction as moot. (Docs. 12 and 14). The Plaintiff filed an objection to the Recommendation. (Doc. 41). Both Defendants have responded to the Plaintiff's objections. (Docs. 42 and 43). The Plaintiff has also replied to the Defendants' responses. (Doc. 44).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's objections and has made a de novo review of the portions of the

---

[1] The Court notes that "exhaustion of administrative remedies is a matter in abatement and not generally an adjudication on the merits" and, therefore, "is not ordinarily the proper subject for a summary judgment; instead, it should be raised in a motion to dismiss, or be treated as such if raised in a motion for summary judgment." *Bryant v. Rich*, 530 F.3d 1368, 1374-75 (11th Cir. 2008) (citation omitted) (internal quotation marks omitted).

Recommendation to which the Plaintiff objects. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Because the Plaintiff failed to exhaust his administrative remedies, his Complaint (Doc. 1) is **DISMISSED without prejudice** and his motion for a preliminary injunction (Doc. 12) is **DENIED** as moot.

**SO ORDERED**, this 6th day of September, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT